**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-7496**

ANGELO EVANS,

Plaintiff - Appellant,

versus

ROBESON COUNTY DETENTION CENTER; ROBESON
COUNTY BOARD OF COMMISSIONERS; GLENN MAYNOR;
RAYMOND WILLIAMS; TERRY HARRIS; FAYE WATSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm H. Howard, District Judge. (CA-99-289-CT-5-H)

Submitted: January 20, 2000          Decided: February 2, 2000

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Angelo Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angelo Evans, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Evans v. Robeson County Board of Commissioners, No. CA-99-289-CT-5-H (E.D.N.C. Sept. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED